1154

No. 97–1914. CABLE NEWS NETWORK, INC., ET AL. *v.* BERGER ET AL. C. A. 9th Cir. Motion of ABC, Inc., et al. for leave to file a brief as *amici curiae* granted. Certiorari denied. ·

No. 98–101. MCCAFFREY ET AL. *v.* OONA, R.-S.-, A MINOR, BY KATE S., HER GUARDIAN. C. A. 9th Cir. Motion of Redwood Empire Schools Insurance Group for leave to file a brief as *amicus curiae* granted. Certiorari denied. 

No. 98–1500. WEST PUBLISHING CO. ET AL. *v.* MATTHEW BENDER & CO., INC., ET AL. C. A. 2d Cir. Motion of Malla Pollack for leave to file a brief as *amicus curiae* granted. Certiorari denied. 

No. 98–1519. WEST PUBLISHING CO. ET AL. *v.* HYPERLAW, INC. C. A. 2d Cir. Motion of Malla Pollack for leave to file a brief as *amicus curiae* granted. Certiorari denied. 

No. 98–6723. PEDONE *v.* DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, ET AL., 525 U. S. 1078;

No. 98–7491. JACKSON *v.* WHITTLE ET AL., *ante*, p. 1007;

No. 98–7659. CHUMPIA *v.* MICHIGAN STATE UNIVERSITY, *ante*, p. 1024;

No. 98–7820. JOHNSON *v.* MOORE, DIRECTOR, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, *ante*, p. 1042;

No. 98–7833. RIVERA *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, *ante*, p. 1027;

No. 98–7958. LAVERTU *v.* NEW HAMPSHIRE SUPREME COURT, *ante*, p. 1054; and

No. 98–8196. COLLINS *v.* APFEL, COMMISSIONER OF SOCIAL SECURITY, *ante*, p. 1056. Petitions for rehearing denied.

JUNE 2, 1999

No. 98–9569 (A–1002). IN RE MOORE. Application for stay of execution of sentence of death, presented to JUSTICE BREYER,

and by him referred to the Court, denied. Petition for writ of habeas corpus denied.

No. 98–9588 (A–1008). IN RE MOORE. Application for stay of execution of sentence of death, presented to JUSTICE BREYER, and by him referred to the Court, denied. Petition for writ of habeas corpus denied.

No. 98–9610 (A–1022). IN RE MOORE. Application for stay of execution of sentence of death, presented to JUSTICE BREYER, and by him referred to the Court, denied. Petition for writ of habeas corpus denied.

JUNE 4, 1999

No. A–999. BECK v. TAYLOR, WARDEN. Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. JUSTICE STEVENS, JUSTICE GINSBURG, and JUSTICE BREYER would grant the application for stay of execution.

JUNE 7, 1999

No. 98–1112. WEST v. UNITED STATES. C. A. 11th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Richardson* v. *United States, ante,* p. 813.

No. 98–6975. RICHARDSON ET AL. v. UNITED STATES. C. A. 4th Cir. Motion of petitioners for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Richardson* v. *United States, ante,* p. 813.

No. 98–7404. ROZIER ET AL. v. UNITED STATES. C. A. 11th Cir. Motion of petitioners for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Richardson* v. *United States, ante,* p. 813.